# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT H. ANTHONY, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:19-cv-04269 |
| CADENCE BANCORPORATION, PAUL B. MURPHY, AND VALERIE C. TOALSON, | § § § § § | |
| Defendants. | | |

## NOTICE OF FILING DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES IN FIRST-FILED CASE NO. 4:19-CV-03492

Defendants Cadence Bancorporation ("Cadence"), Paul B. Murphy and Valerie C. Toalson ("Defendants"), without waiving service or any Rule 12 arguments, respectfully file this Notice of Filing of their Unopposed Motion to Consolidate Related Cases in First-Filed Case No. 4:19-CV-03492 with a courtesy copy of such Unopposed Motion attached hereto as Exhibit A.

Dated: November 8, 2019

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

/s/ Gerard G. Pecht
Gerard G. Pecht (Attorney-in-Charge)
State Bar No. 15701800
gerard.pecht@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151

Ellen B. Sessions
State Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7921
Telephone: (214) 855-7465

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201

*Counsel for Defendants Cadence Bancorporation, Paul B. Murphy and Valerie C. Toalson*

## CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION

I certify that we conferred with counsel for Plaintiffs in both the *Miller* Action and the *Anthony* Action regarding the substance of the Unopposed Motion related to this Notice and that Plaintiffs' counsel in both Actions is agreed to, and does not oppose, the relief requested therein.

/s/ Gerard G. Pecht
Gerard G. Pecht

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 8, 2019, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ Gerard G. Pecht
Gerard G. Pecht